UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN LYNN JEFFRIES, | ) |
| | ) |
| Petitioner, | ) Case No. CV 09-1652-CAS (AJW) |
| | ) |
| vs. | ) |
| | ) |
| LARRY SMALL, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 3, 2009

/s/ Christina A. Snyder
Christina A. Snyder
United States District Judge